THE GUENTHER PUBLISHING COMPANY v. THE RIDGWAY COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

FRED W. VAN AMBURGH v. ANNA MARGARET VAN AMBURGH.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PHILIP LIPPS and Others, Appellants, v. ABRAHAM TANENHAUS and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell and Greenbaum, JJ.

LONDON GUARANTEE AND ACCIDENT COMPANY, LIMITED, Appellant, v. BAYLES SHIPYARD, INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.; Smith, J., dissenting.

HARRIS ROBBINS CHILDS and Others, Copartners, etc., Respondents, v. C. E. RILEY COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.; Smith, J., dissenting.

LETITIA FLACK, Respondent, v. THE PULLMAN COMPANY and Another, Appellants.— Order reversed, with costs and disbursements to the appellants, and verdict reinstated, and judgment directed to be entered thereon. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, on the Complaint of FRANK RAIHL, Respondent, v. BILLIE KINGSBURY, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

HENRY L. SPRINGER, Respondent, v. A. RATKOWSKY, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

ALFONSE KAUFMAN, Appellant, v. LEON ISRAEL and Another, Copartners, etc., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint upon payment of said costs and the costs imposed by the order appealed from. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.; Finch, J., dissenting.

JENNIE TRACHTENBERG, Respondent, v. BESSIE TRACHTENBERG and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.; Greenbaum, J., dissenting on the ground that the verdict is against the weight of the evidence. (*Hutcheson* v. *Peck*, 5 Johns. 196; *Rubenstein* v. *Rubenstein*, 60 App. Div. 238.)

PHILIP LIPPS and Others, Respondents, v. OSCAR KIRSCH, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

ISIDOR BEIN, Appellant, v. DAVID GOLDBERG, as Marshal of the City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HARRY LEVINE, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.